IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MATTHEW SNODDY, as next )
friend and natural parent of )
C.D., a minor; and, BRITTANY )
SNODDY, as next friend and )
natural parent of C.D., a )
minor; )
)
Plaintiffs, )
)
v. ) CASE NO. CV417-141
)
UNITED STATES OF AMERICA and )
CHARLES HUGHES PENN, JR., )
)
Defendants. )
)

# ORDER

Before the Court is the parties' Stipulation and Joint Motion to Dismiss. (Doc. 9.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiffs' claims against Defendant Charles Hughes Penn, Jr. are **DISMISSED WITH PREJUDICE** with each party to bear its own costs and attorney fees.

SO ORDERED this 29th day of September 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA