UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MATTHEW SNODDY and BRITTANY SNODDY, as Next Friends and Natural Parents of C.S., a Minor, ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) | CIVIL ACTION NO.: 4:17-cv-00141 |
| ) UNITED STATES OF AMERICA, ) ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the parties' joint motion to stay, it is hereby **ORDERED** that the motion is **GRANTED**. Discovery in this action is **STAYED** until January 16, 2018, so that the parties may pursue mediation.

If mediation is unsuccessful, the following deadlines shall apply:

- Deadline to serve disclosures under Fed. R. Civ. P. 26(a)(1): **January 30, 2018**;

- Deadline to file motions to add or join parties or amend pleadings: **March 19, 2018**;

- Deadline to furnish expert witness report by plaintiffs: **March 19, 2018**;

- Deadline to furnish expert witness report by defendant: **April 16, 2018**;

- Deadline to complete discovery: **June 5, 2018**; and

- Deadline to file civil motions, including *Daubert* motions but excluding motions *in limine*: **July 5, 2018**.

October 25th, 2017

HON. G.R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA